NUMBER 13-00-433-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


ROBERT LEON JOHNS
, Appellant,


v.



JAIME RAMOS AND MARIBEL TREVINO
, Appellees.

____________________________________________________________________


On appeal from the 28th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, ROBERT LEON JOHNS, perfected an appeal from a
judgment entered by the 28th District Court of Nueces County, Texas,
in cause number 98-5867-A. After the notice of appeal was filed,
appellant filed a joint motion to dismiss the appeal. In the motion,
appellant states that this case has been resolved and appellant no
longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's joint motion to dismiss is
granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 28th day of September, 2000.